UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROBERT HYATT,<br><br>　　　Plaintiff,<br><br>　v.<br><br>SHERIFF CHAD BIANCO, ET AL.,<br><br>　　　Defendants. | No. ED CV 25-1337-MWC(E)<br><br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

　　　IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///

///

///

1  IT IS FURTHER ORERED that the Clerk serve forthwith copies of this Order and the
2  Judgment of this date on Plaintiff.

4  Dated: October 21, 2025.

_____
   MICHELLE WILLIAMS COURT
   UNITED STATES DISTRICT JUDGE