UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROBERT HYATT,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERIFF CHAD BIANCO, ET AL.,<br><br>    Defendants. | No. ED CV 25-1337-MWC(E)<br><br>JUDGMENT<br><br>JS-6 |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: October 21, 2025.

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE